# Court of Appeals
# of the State of Georgia

ATLANTA,  April 30, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1490. PATRICIA ELIZABETH LILLEY v. MITCHELL LEE HENDRIX.**

Patricia Elizabeth Lilley and Mitchell Lee Hendrix were divorced on November 20, 2012. Approximately a year later, Lilley filed a complaint for modification of child support against Hendrix. Hendrix answered and counterclaimed for contempt of the parenting plan incorporated into the final divorce decree. The superior court denied the modification of child support, but granted Hendrix's motion for contempt and awarded Hendrix $8,000 in attorney fees. Lilley appealed that ruling to this Court. We, however, lack jurisdiction.

Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." "[A]n appeal from the judgment in a contempt action seeking to enforce any portion of [a] divorce decree other than child custody is ancillary to divorce and alimony and falls within [the Supreme] Court's jurisdiction over 'divorce and alimony cases.' [Cits.]" *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008). Because the Supreme Court has jurisdiction over Lilley's appeal of the order denying her motion to modify the divorce decree's child support provision, finding her in contempt of the parenting plan incorporated into the final divorce decree, and awarding attorney fees in this divorce and alimony case, we hereby TRANSFER this case to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/30/2014
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*